# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLE HOEHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUMMIT TO THE SEA, LLC, a Limited Liability Company; HEALING DIVES, INC., a corporation; DOES 1-100, inclusive,<br><br>　　　　Defendants. | **Case No. EDCV 19-671-GW(SPx)**<br>*[Hon. George H. Wu]*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br><br>Trial:　　　　03/03/2020 |

　　The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, are hereby dismissed with prejudice, with each party to bear its own costs, attorney fees and expenses.

Dated: December 17, 2019

　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU, U.S. District Judge

Submitted by:

Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
 *jml@manningllp.com*
Tanya L. Prouty, Esq. (State Bar No. 309650)
 *tlp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,
SUMMIT TO SEA, LLC